# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                         Case No. 09-CV-10463

FOUR HUNDRED SEVENTY SEVEN (477)
FIREARMS, et al.,

    Defendants.
_____/

**ORDER SETTING BRIEFING SCHEDULE ON BURDEN OF PROOF MOTION**

      A status conference was held on December 22, 2009, in the above-captioned matter. At the conference, the parties noted a difference of opinion with respect to the burden of proof and indicated that they wished to resolve it by motion. The court will order a briefing schedule to facilitate resolution of this upcoming motion. Accordingly,

      IT IS ORDERED that the Government shall file a motion with respect to the burden of proof by **January 15, 2010**. The claimants shall have until **January 29, 2010**, to file a response. The Government shall have until **February 12, 2010**, to file a reply.

                                             S/Robert H. Cleland
                                             ROBERT H. CLELAND
                                             UNITED STATES DISTRICT JUDGE

Dated: December 23, 2009

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, December 23, 2009, by electronic and/or ordinary mail.

                                             S/Lisa Wagner
                                             Case Manager and Deputy Clerk
                                             (313) 234-5522