UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                      Civil Case No. 09-10463
                                          Honorable Robert H. Cleland
FOUR HUNDRED SEVENTY SEVEN      Magistrate Michael Hluchaniuk
(477) FIREARMS,

    Defendants *in Rem*.
_____/

### ORDER REGARDING WITHDRAWAL OF CLAIM BY TERROT MYLES

Upon filing of the accompanying Stipulation for Withdrawal of Claim by Terrot Myles, the terms of which are incorporated herein, and the Court being otherwise advised in the premises;

IT IS SO ORDERED.

                                                  S/Robert H. Cleland
                                                  ROBERT H. CLELAND
                                                  UNITED STATES DISTRICT JUDGE

Dated: February 1, 2010

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, February 1, 2010, by electronic and/or ordinary mail.

                                                 S/Lisa Wagner
                                                  Case Manager and Deputy Clerk
                                                  (313) 234-5522