UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                                            Civil Case No. 09-10463
                                                Honorable Robert H. Cleland
Four Hundred Seventy Seven          Magistrate Judge Michael Hluchaniuk
(477) Firearms,

        Defendants *in Rem*.
_____/


## ORDER FOR RELIEF FROM FINAL JUDGMENT AS TO CERTAIN DEFENDANTS *IN REM* ONLY

Upon review of the Plaintiff's Motion for Relief from Final Judgment as to Certain Defendants *in Rem* Only, and the Court being otherwise advised in all the premises,

IT IS ORDERED that the Bureau of Alcohol, Tobacco, and Firearms (ATF) shall be permitted to return defendants *in rem* numbered 174, 233, 234, 235, 236, 237, 238, 248, and 254 only, to their rightful owners, Scott Marks and Alva Powell, without requiring said owners to retain counsel and file claims with the court.

                                                    S/Robert H. Cleland
                                                    ROBERT H. CLELAND
                                                    UNITED STATES DISTRICT JUDGE

Dated: November 12, 2010

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, November 12, 2010, by electronic and/or ordinary mail.

                                                    S/Lisa Wagner
                                                  Case Manager and Deputy Clerk
                                                  (313) 234-5522