UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                                                                      Civil Case No. 09-10463
                                                                      Honorable Robert H. Cleland

Four Hundred Seventy Seven                        Magistrate Judge Michael Hluchaniuk
(477) Firearms,

        Defendants *in Rem*.
_____/

## ORDER FOR RELIEF FROM FINAL JUDGMENT AS TO A CERTAIN DEFENDANT *IN REM* ONLY

Upon review of the Plaintiff's Motion for Relief from Final Judgment as to A Certain Defendant *in Rem* Only, and the Court being otherwise advised in all the premises,

IT IS ORDERED that the Bureau of Alcohol, Tobacco, and Firearms (ATF) shall be permitted to return defendant *in rem* numbered 167, SPRINGFIELD FIREARMS CORPORATION, TYPE SHOTGUN, MODEL: 67, CAL: 12, SN: B773069, only, to its rightful owner, Robert Moore, without requiring said owner to retain counsel and file claims with the court.

                                                                S/Robert H. Cleland
                                                                ROBERT H. CLELAND
                                                                UNITED STATES DISTRICT JUDGE

Dated:  February 3, 2011

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this

date, February 3, 2011, by electronic and/or ordinary mail.

 S/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522